```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JOHN CORCORAN
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    ) No. 2:08-cr-0116 FCD
                                 )
13             Plaintiff,        )
                                 ) DEFENDANT'S WAIVER OF APPEARANCE
14       v.                      )
                                 ) Judge:   Honorable Frank C.
15  CHARLES HEAD, et al.,        )          Damrell, Jr.
                                 )
16             Defendants.       )
    _____)
17
```

18      Pursuant to Fed.R.Crim.P. 43, defendant, JOHN CORCORAN, hereby
19 waives the right to be present in person in open court upon the hearing
20 of any motion or other proceeding in this case, including, but not
21 limited to, when the case is set for trial, when a continuance is
22 ordered, and when any other action is taken by the Court before or
23 after trial, except upon arraignment, initial appearance, trial
24 confirmation hearing, entry of plea, and every stage of trial including
25 verdict, impanelment of jury and imposition of sentence.
26      Defendant hereby requests the Court to proceed during every
27 absence of his which the Court may permit pursuant to this waiver and
28 agrees that his interests will be deemed represented at all times by

the presence of his attorney, the same as if the defendant were personally present.  Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in his absence.

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays under that Act without his personal presence.

Dated: April 22, 2008

/s/ John Corcoran
JOHN CORCORAN
(Original retained by attorney)

I concur in Mr. Corcoran's decision to waive his presence at future proceedings.

Dated:  April 22, 2008            Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                   /s/ Mary M. French
                                  MARY M. FRENCH
                                  Supervising Assistant
                                  Federal Defender
                                  Attorney for Defendant
                                  JOHN CORCORAN

IT IS SO ORDERED.

Dated: April 24, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2