```
1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   ELLEN V. ENDRIZZI
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2700
5
```




```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,     )   2:08-CR-093 FCD
                              )   2:08-CR-116 FCD
              Plaintiff,      )
                              )   [PROPOSED] STIPULATION AND
    v.                        )   PROTECTIVE ORDER BETWEEN
                              )   UNITED STATES AND JOHN CORCORAN
CHARLES HEAD, et al.,         )
                              )
              Defendants.     )
_____)
```

Defendant John Corcoran and Plaintiff, by and through their counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. Defense Counsel shall not disclose any of the discovery to any person other than their respective defendant/client, witnesses that they may be interviewing or preparing for trial, attorneys, law clerks, paralegals, secretaries, experts, and investigators involved

1  in the representation of his/her client.

2  4.   The discovery and information therein may only be used in
3  connection with the litigation of this case and for no other
4  purpose.  The discovery is now and will forever remain the property
5  of the United States Government.  Defense counsel will return the
6  discovery to the Government or certify that it has been shredded at
7  the conclusion of the case.

8  5.   Defense Counsel will store the discovery in a secure place
9  and will use reasonable care to ensure that it is not disclosed to
10 third persons in violation of this agreement.

11 6.   If Defense Counsel make, or cause to be made, any further
12 copies of any of the discovery, Defense Counsel will inscribe the
13 following notation on each copy: "U.S. Government Property; May Not
14 Be Used Without U.S. Government Permission."

15 7.   If Defense Counsel release custody of any of the
16 discovery, or authorized copies thereof, to any person described in
17 paragraph (3), Defense Counsel shall provide such recipients with
18 copies of this Order and advise that person that the discovery is
19 the property of the Unites States Government, that the discovery and
20 information therein may only be used in connection with the
21 litigation of this case and for no other purpose, and that an
22 unauthorized use of the discovery may constitute a violation of law
23 and/or contempt of court.

24 8.   Defense Counsel shall be responsible for advising his or
25 her respective defendant, employees and other members of the defense
26 team, and defense witnesses of the contents of this
27 ///
28 ///

1 | Stipulation/Order.
2 |
3 | IT IS SO STIPULATED.
4 |
5 | DATED: 22 APR 08

McGREGOR W. SCOTT
United States Attorney

By: /s/ S. Robert Tice-Raskin
S. ROBERT TICE-RASKIN
ELLEN V. ENDRIZZI
Assistant U.S. Attorneys

11 | DATED: 4-22-2008

By: /s/ Mary French
MARY FRENCH, AFD
Counsel for Defendant
JOHN CORCORAN

15 | IT IS SO FOUND AND ORDERED.

17 | DATED: 5/9/08

/s/ Frank C. Damrell, Jr.
HON. FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3