HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN CORCORAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-cr-093 KJM |
| | 08-cr-116 KJM |
| Plaintiff, | |
| | APPLICATION FOR TRANSPORTATION |
| v. | ORDER; [PROPOSED] ORDER FOR |
| | TRANSPORTATION PURSUANT TO 18 |
| JOHN CORCORAN, | U.S.C. §4285 |
| Defendant. | |

Defendant JOHN CORCORAN by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, hereby applies to this Court for an order of subsistence allowance. Mr. Corcoran is indigent and has been appointed counsel.  Mr. Corcoran is scheduled to appear on February 25, 2015 for Judgment and Sentencing at 9:00 a.m.

Mr. Corcoran resides in Victorville, California. Mr. Corcoran plans to travel during the early morning of February 25, 2015 to meet and confer with his attorney and then appear in this Court on Wednesday, February 25, 2015. He cannot afford travel, lodging and other subsistence to enable him to attend his scheduled hearing before the Honorable Kimberly J. Mueller.

In the interests of justice the Court is requested to arrange for John Corcoran's means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required; and in addition to direct the United States Marshal to furnish John

Corcoran with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. Section 4285 pursuant to 18 U.S.C. §4285.

DATED: February 20, 2015

                        Respectfully submitted,

                        HEATHER E. WILLIAMS
                        Federal Defender

                        */s/ Matthew C. Bockmon*
                        MATTHEW C. BOCKMON
                        Assistant Federal Defender
                        Attorney for JOHN CORCORAN

## O R D E R

GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE IT IS ORDERED THAT the United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, John Corcoran, with round-trip transportation from Ontario, California to Sacramento, California on February 25, 2015, for Mr. Corcoran to appear for Judgment and Sentencing before the Honorable Kimberly J. Mueller on February 25, 2015 at 9:00 a.m.; and subsistence not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. §5702(a).

Mr. Corcoran is indigent and financially unable to travel to Sacramento, California and return to Ontario, California without transportation expenses. This request is authorized pursuant to 18 U.S.C. §4285.

Dated: February 20, 2015

                        _____
                        CAROLYN K. DELANEY
                        UNITED STATES MAGISTRATE JUDGE